UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Devon Lewis,

          Defendant.

19 CR 00197 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The sentencing hearing in this case scheduled for December 6, 2019 at 12:45 pm will take place in Courtroom 11B at The Daniel Patrick Moynihan Courthouse located at 500 Pearl Street rather than Courtroom 906 at 40 Foley Square.

SO ORDERED.

Dated: Dec 4, 2019
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1