UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Devon Lewis,

           Defendant.

19-cr-197 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Government's sentencing submission in the above-captioned case asserts that because the Defendant was originally convicted of a Class A felony in 13-cr-298, the maximum term of imprisonment the Court can impose for the alleged violation of supervised release is 36 months. *See* Dkt. No. 18 at 8. However, this calculation conflicts with the May 31, 2019 violation report.

By December 5, 2019 at 6 p.m., the parties shall submit a joint letter outlining their positions with respect to the correct calculations of the possible ranges of imprisonment and supervised release applicable to the alleged violation of supervised release.

    SO ORDERED.

Dated: December 4, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge